THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Roger Dale Burke, Appellant.
 
 
 

Appeal From Lexington County
 Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No.  2007-UP-042
Submitted January 2, 2007  Filed January 24, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,  Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Roger Dale Burke appeals his convictions and sentences to life imprisonment for murder, thirty years for burglary, twenty years for attempted arson, and five years for possession of a weapon.  His counsel contends the trial court erred in allowing a written statement to be entered when the signed statement contained summary of their conversation.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Burkes appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.